# Exhibit 1



| | |
|---|---|
| | **Service of Process Transmittal**<br>09/07/2021<br>CT Log Number 540196696 |
| **TO:** | Tonya Anderson<br>JPMorgan Chase Bank, N.A.<br>700 KANSAS LN<br>MONROE, LA 71203-4774 |
| **RE:** | **Process Served in Maryland** |
| **FOR:** | JPMorgan Chase Bank  (Cross Ref Name)  (Domestic State: N/A)<br>JPMorgan Chase Bank, N.A. (True Name) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Re: AINSWORTH C. JACKSON // To: JPMorgan Chase Bank, N.A. |
| DOCUMENT(S) SERVED: | -- |
| COURT/AGENCY: | None Specified<br>Case # 050200218502020 |
| NATURE OF ACTION: | Monies Due and Owing |
| ON WHOM PROCESS WAS SERVED: | The Corporation Trust Incorporated, Lutherville Timonium, MD |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 09/07/2021 postmarked: "Not Post Marked" |
| JURISDICTION SERVED : | Maryland |
| APPEARANCE OR ANSWER DUE: | None Specified |
| ATTORNEY(S) / SENDER(S): | None Specified |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 09/07/2021, Expected Purge Date: 10/07/2021<br><br>Image SOP |
| REGISTERED AGENT ADDRESS: | The Corporation Trust Incorporated<br>2405 York Rd<br>Ste 201<br>Lutherville Timonium, MD 21093<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

IF UNDELIVERABLE RETURN TO
DISTRICT COURT OF MARYLAND #5-2
14735 MAIN ST RM 173B
UPPER MARLBORO MD 20772-3051






U.S. POSTAGE >> PITNEY BOWES

ZIP 20772 $ 012.71⁰
02 1W
0001386151 AUG. 27. 2021

7112 2557 3090 1710 3033

## "RESTRICTED DELIVERY"

JP MORGAN CHASE BNAK
THE CORPORATION TRUST
351 WEST CAMDEN ST
BALTIMORE, MD 21201

21201324SE C042



# DISTRICT COURT OF MARYLAND for Prince George's County
Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

## WRIT OF SUMMONS

Defendant : **JP MORGAN CHASE BNAK**
Serve On : JP MORGAN CHASE BNAK
Address : THE CORPORATION TRUST
351 WEST CAMDEN ST
BALTIMORE, MD 21201

Date Filed : Sep 14, 2020
Issue Date : Aug 27, 2021
Case Number : 050200218502020
Complaint No. : 001

| Trial Date | : Nov 19, 2021 |
|---|---|
| Trial Time | : 08:45 am |
| Trial Room | : 161B |

You are summoned to appear for trial at the date, time and location shown above. If you intend to be present at the trial, you must file the attached Notice of Intention to Defend within fifteen days of receiving this complaint. Failure to file the Notice of Intention to Defend may result in a judgment by default or the granting of the relief sought.

**MUST BE SERVED BY Sep 26, 2021**    Robert Prender, Administrative Clerk / RB

---

CUT HERE ---------------------------------------------------------------------------------- CUT HERE

## NOTICE OF INTENTION TO DEFEND

Defendant : JP MORGAN CHASE BNAK         Case # 050200218502020
Trial Date : Nov 19, 2021                Complaint # 001

**NOTICE: If you contest all or part of the claim,** complete this Notice of Intention to Defend and file it with the court listed at the top of this summons no later than 15 days after you receive this summons. You may request a remote hearing. For more information about remote hearings, visit mdcourts.gov/district/remotehearings or contact the court (mdcourts.gov/district/directories/courtmap). If you do not attend the hearing, a judgment could be entered against you.

**ATTENTION CORPORATIONS & LLCs:** this notice must be filed by an attorney, and you must be represented at trial by an attorney. EXCEPTION: where the amount claimed doesn't exceed $5,000.00, corporations may be represented by an officer; LLCs may be represented by a member. Both may be represented by a properly designated employee. See Maryland Annotated Code, Business Occupations and Professions, § 10-206(b)(4) for details.

**To request a foreign language interpreter or a reasonable accommodation under the ADA, please contact the court immediately. Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.**

### SEE ATTACHED NOTICE FOR IMPORTANT INFORMATION
I intend to be present at the trial of this claim and demand proof of the Plaintiff's claim.
Brief Explanation of defense : _____

____/____/ 20____  _____  (____)_____  (____)_____
Date              Signature                  Work Phone                 Home Phone

                              Address/City/State/Zip code
_____  
Fax number        e-Mail Address
☐ Check this box if this is a new address.         Case Num.  050200218502020

# DISTRICT COURT OF MARYLAND FOR

LOCATED AT (COURT ADDRESS)
14735 MAIN STREET
UPPER MARLBORO, MD 20772

**CASE NO.**
CV

## COMPLAINT, APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

☐ $5,000 or under  ☐ over $5,000  ☒ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☒ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are:

Plaintiff contents that defendant JP Morgan Chase Bank has supplied false, inaccurate and defamatory information to third parties claiming that plaintiff owed defendant $85,531.00 (See Plaintiff's Exhibit A), that plaintiff was 85,468.00 past due, and that the account had been charged off. Plaintiff contends that he never had any account with defendant JP Morgan Chase Bank; (1) plaintiff never owed defendant JP Morgan Chase Bank $85,531.00, or that (2) plaintiff owed a past due amount of $85,468.00. Plaintiff contends that because of this false, inaccurate and defamatory information which defendant JP Morgan Chase Bank has supplied to third parties, plaintiffs' credit score has been negatively impacted, preventing plaintiff from obtaining credit from various banks, stores; being able to purchase a car, etc. Defendant JP Morgan Chase Bank has violated Fair Credit Report Act, the Maryland Consumer Debt Collections Act, and the Maryland Financial Consumer Protection Act of 2018, which states that the maximum penalties for violations by defendant JP Morgan Chase Bank requires a $10,000 penalty for their first violation and $25,000 for additional violations (See Plaintiff's Exhibit B). Defendant JP Morgan Chase Bank has three (3) violations.

(See Continuation Sheet)

### PARTIES

**Plaintiff**
AINSWORTH C. JACKSON
P.O. BOX 5701
HYATTSVILLE, MD 20782

VS.

**Defendant(s):**
1. JP MORGAN CHASE BANK
THE CORPORATION TRUST
351 WEST CAMDEN STREET
BALTIMORE, MD 21201

Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

2.
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

3.
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

4.
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

The plaintiff claims $ 30,000.00 , plus interest of $_____, interest at the ☐ legal rate ☐ contractual rate calculated at ____%, from _____ to _____ (____ days x $____ per day) and attorney's fees of $_____ plus court costs.

☐ Return of the property and damages of $_____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $_____ for its detention in action of detinue.
☐ Other:_____
and demands judgment for relief.

_____
Signature of Plaintiff/Attorney/Attorney Code    CPF ID No.

Printed Name: AINSWORTH C JACKSON
Address: P.O. BOX 5701, HYATTSVILLE, MD 20782
Telephone Number: 240-610-3204
Fax:
E-mail: jackainsworth50@yahoo.com

### ATTORNEYS
For Plaintiff - Name, Address, Telephone Number & Code

### MILITARY SERVICE AFFIDAVIT

☐ Defendant(s) _____ is/are in the military service.
☒ No defendant is in the military service. The facts supporting this statement are: DEFENDANT IS A CORPORATION

Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.

☐ I am unable to determine whether or not any defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

9/11/2020                    Ainsworth C. Jackson
Date                         Signature of Affiant

### APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT (See Plaintiff Notice on Back Page)

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the defendant clearly of the claim against the defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☒ plaintiff ☐ _____ of the plaintiff herein and am competent to testify to the matters stated in this Complaint, which are made on my personal knowledge; that there is justly due and owing by the defendant to the plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

9/11/2020                    Ainsworth C. Jackson
Date                         Signature of Affiant

DC-CV-001 (front) (Rev. 12/2018)